VERNON C. GOINS II (SBN 195461)
GOINS & ASSOCIATES
A Professional Law Corporation
1330 Broadway, Suite 930
Oakland, CA 94612
Telephone:  (510) 663-3700
Facsimile:  (510) 663-3710
E-mail: vgoins@goinslawfirm.com

Attorneys for Petitioner
EUODIAS JENKINS

**FILED**
SEP - 7 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUODIAS JENKINS, | ) No. C12-4690 |
| Petitioner, | ) |
| vs. | ) **PETITION TO QUASH INTERNAL** |
| | ) **REVENUE SERVICE SUMMONS** |
| UNITED STATES OF AMERICA, the INTERNAL REVENUE SERVICE, | ) |
| Respondents. | ) |

Petitioner, EUODIAS JENKINS (hereinafter "Petitioner") hereby petitions this court to quash the third party record keeper collection summons, issued to Bank of America, N.A., by the Internal Revenue Service.

### I. JURISDICTION

1. This court has jurisdiction in this action pursuant to the provisions of Title 26 U.S.C. §§ 7609(b)(2)(A), 7609(h), and Title 28 U.S.C. §§ 1331 and 1340. Venue is proper in that the Petitioner and Respondents all reside or are found within the geographical jurisdiction of this Court.

Goins & Associates PLC
1330 Broadway, Suite 930, Oakland, California 94612
Tel. (510) 663-3700; Fax (510) 663-3710

## II. PARTIES

2. Petitioner Euodias Jenkins is a citizen of the State of California.

3. Respondent United States of America, Internal Revenue Service (hereinafter "IRS" or "Respondent"), is a federal government entity with agencies and offices throughout the United States, and more specifically with an Internal Revenue Service Office located at 1600 Los Gamos Drive, Suite 231, San Rafael, California, from which this action has arisen.

4. Respondent or party of interest Bank of America, N.A. is a Commercial Banking Corporation, and financial institution, with offices in a number of locations within the Northern District of California.

## III. PETITION TO QUASH SUMMONS

5. On or about June 6, 2012, Revenue Agent Shaun Kong issued a third-party summons to Bank of America, N.A., a copy of which was mailed to Bank of America.

6. The summons/subpeona directed to Respondent Bank of America, N.A. requests documentation that is unrelated to Petitioner and pertains to "DBA APPLE TREE CHILDCARE & PRESCHOOL II EUODIAS J JENKINS SOLE PROP". There are no assessments against this Petitioner, and this Petitioner is unaware of any assessments involving the collection summons.

7. It appears on the face of the collection summons that the summons is issued "DBA APPLE TREE CHILDCARE & PRESCHOOL II EUODIAS J JENKINS SOLE PROP". The apparent purpose for the documentation sought in the summons is therefore not disclosed upon the face of the summons.

8. Respondent must at all times use the summons authority in good-faith pursuit of a congressionally authorized purpose. The IRS has the burden of showing in an adversarial proceeding that its investigation is pursuant to a legitimate purpose, and that the information sought is relevant and material to this legitimate purpose. Good faith is not presumed where the summons power is used to harass or to pressure the individual.

9. This petition is based on Petitioner's contention that Revenue Agent Shaun Kong is using the summons power to harass and pressure Petitioner, for reasons unknown to Petitioner

1  at this time, and for purposes that are wholly illegitimate to the spirit and intent of the law, noting
2  that no law or other authority was cited as the ostensible authority for issuance of the Summons.

3      10.     The IRS in general and Revenue Agent Shaun Kong specifically are
4  aware that there is no legal basis of any kind that would support the issuance of a summons as
5  evidence by the complete absence of any citation to any legitimate basis for the issuance of
6  summons on its face.

7      10.     There is no exception present involving Petitioner from notification of the service
8  of some other administrative summons served upon party Bank of America per IRC § 7609(a)
9  supported by Internal Revenue Manual 25.5.6.1 [10-04-2006]).

10      13.     At all times relevant to this Petition, Petitioner was, and has been, entitled to
11  notice of the administrative summons that he is entitled to, but Respondents violated the law by
12  not serving a copy of the administrative summons upon him as required by law. Therefore, the
13  data summons is not relevant to any legitimate purpose.

14      **WHEREFORE,** in consideration of the foregoing, Petitioner prays that this Court order
15  Respondents to appear before this honorable court and show cause as to why this court should
16  not quash the summons here involved that is related in same to content as that found in current
17  case number C 12-01028 PSG.

18  Dated: September 7, 2012

GOINS & ASSOCIATES
A Professional Law Corporation

VERNON C. GOINS II
Attorneys for Petitioner
EUODIAS JENKINS